4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

v.

Alonzo T. McBride-Dabney,

Defendant.
_______________________________/

Case: 4:26-cr-20574
Assigned To : Behm, F. Kay
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 9/2/2026
Description: INDI USA V. MCBRIDE-DABNEY (TT)

Violations:
21 U.S.C. § 841(a)(1)

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**
***Distribution of Cocaine***
**21 U.S.C. § 841(a)(1)**

1. On or about May 7, 2026, in the Eastern District of Michigan, Southern Division, the defendant, Alonzo McBride-Dabney, knowingly and intentionally distributed a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT TWO**
***Distribution of Cocaine Base***
**21 U.S.C. § 841(a)(1)**

2. On or about May 11, 2026, in the Eastern District of Michigan, Southern Division, the defendant, Alonzo McBride-Dabney, knowingly and intentionally distributed a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**FORFEITURE ALLEGATIONS**

3. The allegations contained in Count One and Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

4. Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set forth in this Indictment.

5. Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL
s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/ANTHONY VANCE
ANTHONY VANCE
Chief, Branch Offices

s/BLAINE LONGSWORTH
BLAINE LONGSWORTH
Assistant United States Attorney

Date: September 2, 2026

**Companion Case information MUST be completed by AUSA**

Case: 4:26-cr-20574
Assigned To : Behm, F. Kay
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 9/2/2026
Description: INDI USA V. MCBRIDE-DABNEY (TT)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☑ No | **AUSA's Initials:** BL |

**Case Title:** USA v. U.S. v ALONZO McBRIDE-DABNEY

**County where offense occurred :** Genesee

**Check One:** ☑ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
__X__Indictment/____Information --- based upon prior complaint [**Case number:** 26-mj-30309]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________ **Judge:** ____________

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 2, 2026
Date

s/Blaine Longsworth
Blaine Longsworth
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: blaine.longsworth@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.